Brandon Roman <   >; <   >; <   >; Jordan Temple
<   >; <   >; <   >; Christopher Gittens
<   >; <   >; manonthemoon237 . <   >;
<   >; <   >; Michael Miller <   >; Jose
Fargas <   >; Loren Bryant <   >; Timur Mukhodinov
<   >; Laurel <   >; <   >;
Christopher Izaguirre <   >; Ges123455 <   >; Mia Brezin
<   >; <   >; David D'Orazio <   >; Murat
Coskun <   >; DAVE DIXON <   >; Alec Lambert
<   >; Hernan G. <   >; <   >;
<   >; Chris Lewis <   >; <   >; Kyle McKinnish
Bridges <   >; <   >; Noah Brannan <   >; <
  >; <   >; andre bailey <   >; Vera Thompson
<   >; Alexander F. Marks <   >; Brittney Lee
<   >; <   >; Frank Holmes <   >; Naresh
Boodhansingh <   >; jesse taylor <   >; carlos rivera
<   >; Thomas Coker <   >; Humberto Facey <   >;
Lisa Rodriguez <   >; Rebekah K Jin <   >; Danny
<   >; Kimberly Seabrooks <   >; <   >;
<   >; <   >; Miguel Martinez <   >;
Stephanie Montijo <   >; Nick Miller <   >;
<   >; Vanessa Pean <   >; Leroy Gaines
<   >; <   >; <   >; Yvenet
Aldus <   >; <   >; Avery Gaskin <   >;
trini thickness <   >; <   >; John Paredes
<   >; Brice H <   >; Juseg Reynoso <   >;
Isaac Morrison <   >; Dolly Winter <   >; Evan Sluggo
<   >; <   >; Artur Abramov <   >;
Justin MacShane <   >; Samuel Joli <   >; William Bissell
<   >; Jonathan Morales <   >; Craig Baerwald
<   >; <   >; <   >; Amos Fisher
<   >; Angel Roman <   >; <   >;
<   >; <   >; Andrew Dillon <   >; Inga
Dargan <   >; <   >; Eddie T <   >;
<   >; <   >; daniqua Porter <   >;
<   >; Malcolm Eggleston <   >; Shanine Gray
<   >; Josselin Phillppe <   >; luis.castro9288
<   >; Natalie <   >; Travers Martin
<   >; Jacob Boersma <   >; <   >;
Anna Berlanga <   >; <   >; <   >;
<   >; brandi k james <   >; <   >;
<   >; Mercedes R. Bermejo <   >; Paul Ferlita
<   >; Alex Thoman <   >; Eric Pymm
<   >; <   >; William Bell <   >; Thesalty Sak
<   >; Brian Geraghty <   >; <   >;
<   >; Brandon Ingram <   >; <   >;
<   >; <   >; peewee johnson <   >; mechelle
grayson <   >; <   >; Michael Sampson
<   >; Ryan Cirilo <   >; Jing Jue Zheng
<   >;

**Subject:** Re: TINA AND SHARDA I THOUGHT YOU DIDNT KNOW EACH OTHER
**Sent:** Tue, Jul 29, 2014 6:52:22 PM


Ohh shit ya lie ... But they claim i steal and let me go wonder what they going to do

On Jul 29, 2014 1:03 PM, "Bike Share" <bikeshare666@gmail.com> wrote:

    Chutney Pride is an organization in which Tina Amiotis (call center manager) is the President of

Exhibit    A       PG   1 of 2



The following screenshot is from a video from Tina's personal youtube account showing sharda participating in another chutney pride event dating june 4 2012. The video can be viewed on the following link



The following screenshot is of Alta Bike Share's policy on management and agent relationships that cause issues within the workplace. The relationship between Tina and Sharda ruins the morale of the call center through the favoritism that Tina shows towards Sharda from their outside relationship.

While we will accept and consider applications for employment from relatives, close family members such as parents, grandparents, children, spouses, domestic partners, brothers and sisters, or inlaws, generally may not be hired into positions where they have access to sensitive information regarding a close family member, or if there is a potential or apparent conflict of interest.

You will not be allowed to work in a position where your supervisor is a relative or where a personal relationship interferes with job performance or morale. If such a situation is created through promotion, transfer, marriage or other changes, ABS will work to immediately transfer you or the other employee. If a transfer is not available, ABS may choose to terminate employment with either one or both of the affected employees.

Exhibit A          PG   2 of 2

*Exhibit B*

NEW YORK STATE DEPT OF LABOR
PO BOX 15130
ALBANY NY 12212-5130

**EFF. DT.    11/04/2013    LO#    0801 7**
**SOC. SEC. NO.:  XXX-XX-7360**
**ER NO.    E50-64195 7**
**Mail Date: December 31, 2013**

JONATHAN   RIDGARD
557 MILLER AVE

BROOKLYN NY 11207-5505

Dear JONATHAN   RIDGARD,

The Department of Labor has received information indicating that you may have quit your job with **NYC BIKE SHARE LLC**. In order to determine your eligibility we need specific information from you regarding this.

- Benefits **may be withheld** pending an investigation into this matter.
- You must continue to claim weekly benefits on the Internet. www.labor.ny.gov. or by calling the toll-free **Tel-Service number, 1-888-581-5812** for New York State Residents, or 1-888-864-9920 for Out-Of-State Residents, as long as you remain unemployed.

Please complete the attached questionnaire and FAX it to 1-518-457-9492, or return it to the above address immediately. If we have not received a response within **seven (7)** calendar days from the mailing date, a determination will be made based upon available information. If you FAX, do not mail originals.

If it is determined that you are not eligible for benefits, you have a right to a hearing before an administrative law judge at no cost or obligation to you. Failure to repay any benefits that you received because you withheld information or gave false information to the Department of Labor may result in the Department of Labor taking legal action to file a judgment against you. Once entered, a judgment is good and can be used against you for twenty years, and your money, including a portion of your paycheck and/or bank account, may be taken. Also, a judgment will hurt your credit score and can affect your ability to rent a home, find a job, or take out a loan.

An electronic image will be made of only one side of your response. Therefore, it is important that you answer all questions and **write only in the space provided.** *If additional space is needed, you may use an 8 ½ x 11-inch piece of white paper.* Do not staple or write outside the margins or on the back. Be sure your Social Security Number is on all documents you send.

**Note for Faxes:** This letter is designed for electronic handling through a FAX server. Therefore, you **must** send the "Second Page" of this inquiry as the first page of your fax, with any "cover" page or attachments following. The Fax number provided should only be used to respond to this inquiry and not for any other correspondence to the Department of Labor.

For the Commissioner of Labor,
By: KAREN M ALEBA

*1 of 3*

BCAKMA

**NYS    08-13    TCC413.8**                                                                 **NYS**



November 4, 2013

Jonathan Ridgard
557 Miller Avenue, Apt 1
Brooklyn, NY 11207

Dear Jonathan,

This letter confirms that your employment with New York City Bike Share is terminated effective 10/30/2013 due to voluntary resignation.

You will need to keep the company informed of your contact information so that we are able to provide information you may need in the future such as your W-2 form.

We wish you the best of luck in your future endeavors.

Warmest Regards,

Vanessa Pean
Senior HR Manager
347.916.0219

*Exhibit B2*                    *Pg 1 of 1*



# Fwd: Termination / lay off preperation

**Jonathan Ridgard** <jonathanridgard@nycbicycleshare.com>                    Tue, Oct 22, 2013 at 12:11 PM
Bcc: Jonathan.Ridgard@gmail.com

———— Forwarded message ————
From: **Jonathan Ridgard** <jonathanridgard@nycbicycleshare.com>
Date: Tue, Oct 22, 2013 at 12:10 PM
Subject: Termination / lay off preperation
To: Vanessa Pean <VanessaPean@nycbicycleshare.com>

Good morning,

Once again I appreciate this opportunity, as you probably know I am trying to make proper preparations so that this this transition goes as smoothly as possible.
As you've stated during our most recent meeting, there is no saying what changes may occur with New York Citi Bike Share (NYCBS) during the months that I am "laid off". To ensure that I will have proper considerations upon reapplying to NYCBS, I am requesting that I receive a physical letter stating that the reasons for my termination are not related to my performance and will not negatively impact me. In addition, being that I am considered one of the best CSA "senior" agents as stated in your previous email, I will have first consideration "rights" when reapplying in the hiring season.

Thanks.

Also, If I do not participate in the pilot program or if i do not get the position for any reason, will that affect my rehiring eligibility at NYCBS?

Do you have any additional suggestions or advice to assist me with this transition?

Sorry for all the hassle, I feel like I have a lot to prepare for with so little time

—
## Jonathan Ridgard
**Customer Service Representative**
**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
855-245-3311 (hotline)
347-916-0211 (office)
www.citibikenyc.com

—
## Jonathan Ridgard
**Customer Service Representative**
**NYC Bike Share, LLC** (Operator of Citi Bike)

*Exhibit B3*          *PG 1 of 4*

1/11/2014                                    Gmail - Fwd: Termination / lay off preperation
Case 1:14-cv-04172-RRM-LB   Document 8-1   Filed 08/18/14   Page 6 of 23 PageID #: 71

5202 3rd Avenue
Brooklyn, NY, 11220-1707
855-245-3311 (hotline)
347-916-0211 (office)
www.citibikenyc.com

**Jonathan Ridgard** <jonathanridgard@nycbicycleshare.com>          Tue, Oct 22, 2013 at 12:50 PM
To: Jonathan Ridgard <Jonathan.Ridgard@gmail.com>

On Tue, Oct 22, 2013 at 12:42 PM, Vanessa Pean <vanessapean@nycbicycleshare.com> wrote:
Jonathan,

Per the previous e-mail sent, I informed you that all employees whether they leave voluntarily on involuntarily
receive a letter in the mail stating their term date and the reason. Also the verbiage *"considered one of the
best CSA "senior" agents"* is not what was used. Even though you are one of the agents who have been
working with NYCBS the longest; you were chosen for the *Employee Swap Program* with Uncommon Goods,
is because NYCBS has identified you as a strong candidate to participate in this pilot program.

As previously discussed, all employees who participate in the program and/or are terminated during our first
transition into Winter may be called upon to reapply in March when we start to hire again. If you chose to
reapply, you will "skip the line" since you are a former employee.

Again if you are interested in having me review your resume and/or participate in a mock interview; feel free to
reach out to me.

Regards,

Vanessa

*Exhibit B 3 P.     2 of 4*

## Pilot Program.

**Jonathan Ridgard** <jonathanridgard@nycbicycleshare.com>                    Mon, Oct 21, 2013 at 6:02 PM
To: Vanessa Pean <VanessaPean@nycbicycleshare.com>, Justin Salsberg
<JustinSalsberg@nycbicycleshare.com>
Bcc: Jonathan.Ridgard@gmail.com

Once again, thank you for inviting me to take part in this new and exciting pilot program with Uncommon Goods. I
definitely would like assistance with updating my resume.

I do have a couple of questions.

1) Being that I am being terminated, will I have to pay for my current membership?

2)For future employment applications, what is the official reasons for my termination?

3) in your most recent email a few things caught my eye, I was selected to take part in the "Employee Swap
program" "To see how I work in teams" as well as providing "Sample customer e-mail responses" I can only
assume that that means that my performance in regards to creating emails as well as working in teams has not
been satisfactory or needs to be reformed to fit Citibike's requirements?

If you are available today, I would like to briefly meet with you concerning other questions.


–
## Jonathan Ridgard
**Customer Service Representative**
**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
855-245-3311 (hotline)
347-916-0211 (office)
www.citibikenyc.com

**Jonathan Ridgard** <jonathanridgard@nycbicycleshare.com>                    Tue, Oct 22, 2013 at 11:54 AM
Bcc: Jonathan.Ridgard@gmail.com


———— Forwarded message ————
From: **Vanessa Pean** <vanessapean@nycbicycleshare.com>
Date: Mon, Oct 21, 2013 at 6:42 PM
Subject: Re: Pilot Program.
To: Jonathan Ridgard <jonathanridgard@nycbicycleshare.com>

Hey Jonathan,                    *Exhibit B 3*                    PG 3 of

I'm glad that you are going to take part in the program!! Send me your resume with your updated info w/ NYCBS on there and I will take a look at it.

In regards to your questions,

1) Your membership will remain active.
2) Your reason for termination will be reduction of force. A letter will be sent to your home stating this, please make sure your address in the system is correct.
3) Employee Swaping is essentially what Uncommon Goods and NYCBS will be doing. Swapping our best CSA with each other after our peak seasons. Regarding your performance, this was not a deciding factor as to why we choose you for the program. As stated in the meeting, we selected individuals who are not in a specific group (e-mail, systems or refunds) as well as individuals who we felt have strong transferable skills. This is the first time we are rolling out the program, however in the future the criteria may or may not change. When I stated *"to see how you work in teams"* and *"sample customer e-mail responses"* these are Uncommon Goods' hiring criteria that I am sharing with you. Again, after sitting with the Call Center Director, she has provided me with all the qualities that they are looking for in an ideal candidate. It is not only the customer service aspect.

Swing by after you read this email.

~V

[Quoted text hidden]
—


**Vanessa Pean**
**Senior Human Resources Manager**

**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
347.916.0219 (Direct)
718.916.8753 (Mobile)
vanessapean@nycbicycleshare.com
www.citibikenyc.com


—
**Jonathan Ridgard**
**Customer Service Representative**
**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
855-245-3311 (hotline)
347-916-0211 (office)
www.citibikenyc.com

Exhibit B3      PG 4 of 4



# Proof of Refunds

**Jonathan Ridgard** <jonathan.ridgard@gmail.com>                    Wed, Oct 23, 2013 at 6:51 PM
To: Jonathan Ridgard <Jonathan.Ridgard@gmail.com>

NYCBS

Monday, October 21, 2013 3:49 PM

Jonathan Ridgard
Am I still part of the refunds team?
Nicole Hunter
yes you are
I sent an email about the annual renewal did you get it?
Jonathan Ridgard
Do not process a refund, highlight the account an send to you so that you can search for it?
Nicole Hunter
yes do not process any renewal refunds
Also I just had a meeting with Tina
Although I dont know the particulars I do know that a program offer is being set up fo ryou
The refunds are being handled through the spreadsheet by me & Khareen
Jonathan Ridgard
are you saying that due to the meeting with Tina, because I am involved in this "program" I will not be processing
refunds, instead it will be processed by you, Khareen and whomever else has been delegated to process refunds
Nicole Hunter
no. I am saying that to tell you the refunds will be processed as always if you were inquiring because of your
meeting
In regards to the auto renewals no one will be processng those only the supervisors
Jonathan Ridgard
ok
thanks
--
Jonathan Ridgard
E-mail: Jonathan.Ridgard@Gmail.com
Cell: (347) 262-9499

*Exhibit D*

*PG 1 of 1*

Case 1:14-cv-04172-RRM-LB   Document 1   Filed 06/16/14   Page 10 of 23 PageID #: 75

### Lauren Isaac, Director of Business Relations



Hi Everyone! This is my debut to this newsletter, so I figure I'll start by introducing myself. I'm the Director of Business Relations at ABS and I'm responsible for business development, sponsorship, marketing, communications, and public relations. Some of these are newly-added responsibilities, so I've been enjoying getting to know the team and developing a plan for the next year. I'll focus this update on development since the other responsibilities are relatively new for me. Our big news is that we won Madrid! We are partnered with an electric bike share supplier and we expect the system to launch in the next 6 months. Otherwise, we are focused on getting contracts signed and sponsors lined up in our 2014 launch systems: Portland, Seattle, Vancouver, Baltimore, and Pittsburgh. And, we continue to field requests for proposals and expressions of interest from cities all over the world, including Mexico City, Toronto, and Rome!

## System Updates

### Capital Bikeshare - Eric Gilliland

At Capital Bikeshare, the last month or so has been a tough one...or at least tougher than usual. Not did we effectively manage the continued heavy use of Capital Bikeshare, but on top of it all we set up a whole new part of the system in Montgomery County. On September 27th we officially launched operations in Maryland with the first 14 of a project 51 station system just to the north of DC. The launch event went extremely well, with politicians of all stripes eager to test the bikes and praise the arrival of Capital Bikeshare to their neck of the woods. Now that the launch event is over, we will get back to work on station expansions in DC and Arlington, VA as we wait for the balance of Montgomery County's equipment to arrive from Montreal.

### Bike Chattanooga - Matt Mallett

Hello from the southern most city in our company. Another record setting month of trips



recorded (6200+). BC associates have been working tirelessly with membership drive events, signing up new and renewing memberships. Thanks you and great job to the marketing department for making all these events a huge success. The operations department is running wild. With the increased ridership we are learning something everyday as our system gets used to record levels. 9-28 we had 73 bikes out at one time. Again thanks to the operations department for working to make sure all BC riders have a great experience.

As you can see, BC employees are sporting some Hubway swag at one of the sign up events. I am proud of all my staff for your dedication.

*Exhibit E 1*     *PG 1 of 2*

### NYCBS - Justin Ginsburgh

NYCBS is having a great fall! Ridership has been through the roof, with about 40,000 rides on average. We're also seeing strong annual membership sign ups, with 200-300 members



signing up per day. Right now we have about 84,000 members, and it's impressive that we still haven't even saturated the market.

The most exciting news here is that our bikes will bestaring in Jay-Z's remake of the movie Annie. It stars Quvenzhane Wallis, Jamie Foxx and Cameron Diaz, and Quvenzhane was recently spotted on our bikes in the East Village (see left). Don't get any ideas though of putting your kids on our bikes--we had them sign many waivers!

We also had a BMX king take our bike out for a spin to show us just how durable they can be: http://www.youtube.com/watch?v=WAHT8rs2AZ0. Despite the overage fees incurred, we do condone this activity in New York. Happy riding and have a great fall everyone!

### Divvy - Eddie Inlow
At the end of September, we celebrated some big milestones here at Divvy.

In just under 3 months, we saw our 1 millionth mile ridden and became the second largest bike share system in the United States (we love you, Capital Bikeshare!). We're on track to have all 300 stations on the ground by mid-October, and we'll have at least another 100 stations to add early next year. That said, we're looking forward to taking a deployment break and letting the system settle in. Big thanks to the entire Divvy staff for all their support.

As we continue to add stations, our Operations Supervisors have risen to the challenge of re-mapping the city and redesigning routes and zones to keep up with the ever changing demands of our growing system. The Operations team has been working diligently on deploying bikes as they get built to keep our bike to dock ratio where we need it to be.

This month we also implemented an Employee Rewards and Recognition program and announced our first ever Employee of the Month, Michael Critzon! Michael was selected by his peers for his hard work and fantastic attitude as he's assisted Operations Manager Jon Mayer with station deployments. We've recognized him in our internal newsletter and awarded him a one-of-a-kind Chrome messenger bag with "Divvy" embroidered on the strap, making Michael the envy of everyone in the office.

Besides growing our Annual and Corporate Membership base, we're continuing to find ways to integrate into the fabric of the city. We were a Transportation Partner for Social Media Week in September, and we got ourselves listed as a transportation option on the Chicago Marathon website in mid-October. At the end of the month, we're also the Transportation Partner for Open House, a weekend-long event hosted by Chicago Architecture Foundation that opens historic buildings up to the public.

It's been a truly memorable summer here in Chicago, and we're excited for what the fall brings.

Please get in touch any time you come through Chicago.

*Exhibit E 1*

*Pg 2 of 2*

 Gm il          Exhibit E 2          PG 1 of 2

## Converstation with Chanell

**Jonathan Ridgard** <jonathan.ridgard@gmail.com>                    Thu, Oct 24, 2013 at 3:01 PM
To: Jonathan Ridgard <Jonathan.Ridgard@gmail.com>

NYCBS

Monday, October 7, 2013 7:05 PM

Jonathan Ridgard
Hey I see that there was a request for an ASAP key to be sent to Member 97126. When you make the request,
please detail if it's a lost key, and if they were charged Thanks
Chanel Elliott
Please do not chat me when I am not at work
Thursday, October 24, 2013 3:02 PM

Jonathan Ridgard
We've had our differences, but Im still concerned about everyone Tina and HR is trying to pull this "swap" thing
with
how are you holding up?
Chanel Elliott
im good
WHAT ELSE DO YOU EXPECT FROM TINA
Jonathan Ridgard
I knew what kind of person she was from the beginning I was just surprised when people participated to try and
get me fired. LOL whatever Im over it cus it happened anyway
Chanel Elliott
well I didn't have nothing to do with that. like i tell everybody she has her favorites and those are the ones she is
going to look out for
the rest of us are just crabs in the barrel
Jonathan Ridgard
Tina definitely put your name in it and I had no way of finding out if you did or not. So I stayed away from
everybody, especially when I came back and ppl were acting different
Chanel Elliott
What that's crazy i thought you was a just acting different
do you really think Tina would have took your position becuase of me
Johnathan there is only on rep in here who has that kind of say so when it comes to Tina and its not me
Come on now when you where supervisor i did not have any issues with you I always respected your authority
start looking at the people who did not repect you as supervisor
Jonathan Ridgard
Like I said Im over it, but one of the reasons I was demoted is because she said that you felt that you did not
have my support
Chanel Elliott
wasn't me.
I would have came to you
Jonathan Ridgard
Just sayin thats what she said. She went back to the day you were training Kingtel staff and she said you felt
that I didn't support you because I left you to finish training
Chanel Elliott
She's lying! she asked me who was there when i was training them and I told her you was there but you left mid
way. Honestly you should go to the people she told you stuff about if you feel some kind of way. This is all new
to me and i wish you would have told me months ago. She's a snake...Sharda wanted you fired and that's why

you got fired
Look at what happened to katina Honestly on the train sharda told me she was gonna het katina fired and she got fired
and when yall started having yall issues.....you got fired
Jonathan Ridgard
I knew it was Sharda and Shiron
I know she's a liar, she has alot of underhanded and sneaky tactics
Chanel Elliott
I mean i wouldnt know but i dont even think he had anything to do with it....The only person who has that kind of power is sharda
Jonathan Ridgard
Maybe, but when the girl Kasheema was pursuing me I called her, Linda and Kasheema into a meeting. Tina found out about it
Chanel Elliott
Do you not see there relationship they have. I wouldn't be surprise if sharda was running the whole department
Duh you really dont know
Jonathan Ridgard
I experienced first hand how easily he throws ppl under the bus. So i just put two and two together
Chanel Elliott
the best friends johnathan
Maybe lovers who know
no it wasnt him
Jonathan Ridgard
I been knew, I heard that they were living together and all
Chanel Elliott
im telling you who it was
he may have told her really he told everybody barbecue even i knew but it was sharda who had to tell
None of us were ever that close to Tina to go to her like that
I heard the same thing
Jonathan Ridgard
Chanel, Im just putting you on to what I was told in the meeting.
If I can do something about her being in her position I will.
Chanel Elliott
yeah well she is a snack I wouldn't believe her if she told me the sky was blue
snake*
Jonathan Ridgard
Lol... it kinda is though
I know about Sharda. She was cocky in the beginning and boasted about how close she and Tina were.

—

Jonathan Ridgard
E-mail: Jonathan.Ridgard@Gmail.com
Cell: (347) 262-9499


*Exhibit E2 PG      2 of 2*

Cloud CRM - eliminates the need for data to be in one location, instead the information is stored via internet making it easily accessible and less costly

Question 3. What are the basic call center processes and what technologies do they employ

The call comes in and a call center rep picks up, at that point the call is being recorded via Siebel. The rep listens to the customers issue and tries to resolve it up front using FCRs. If the issue is not resolved a Service Request ticket is logged, it is then assigned to the proper rep to process or resolve the issue. Once the issue is resolved, the rep contacts employee or requester to inform them of the solution
* Technologies - Oracle: Siebel and Peoplesoft (NYCAPS)

Question 4. What are specific examples of how to measure call center performances for a direct report?

In order to measure call center performances, I have to see how many calls a rep takes versus how many were abandoned/ dropped, how many First Call Resolutions they able to handle and how on-point they are with company's SLA's. Once in a while, the rep's calls need to be monitored to see if the right answers are being given to caller's questions.

Thank You,
Jonathan Ridgard
E-mail: Jonathan.Ridgard@Gmail.com
Cell: (347) 262-9499

---

**Hasib Ikramullah** <hasibikramullah@nycbicycleshare.com>                    Fri, Feb 15, 2013 at 3:20 PM
To: Jonathan Ridgard <jonathan.ridgard@gmail.com>, Justin Salsberg <JustinSalsberg@nycbicycleshare.com>

Jonathan,

Thank you for all the research and the thoughtful answers to my questions. I think you require some additional time and experience as a supervisor in a call-center environment to better prepare you for a management role. I've CC'd Justin on this e-mail, and when NYCBS is ready to launch our call-center, we will be glad to extend you an offer of employment as a **call-center agent**. Please feel free to respond to this e-mail with any additional questions that you might have at this time.

Regards,
Hasib
[Quoted text hidden]
—



**Hasib Ikramullah**
**Operations Director**

NYC Bike Share, LLC (Operator of CitiBike NYC)
5202 3rd Avenue
Brooklyn, NY 11220-1707
347.916.0210 (Office)
347.916.0216 (Direct)
917.524.4182 (Mobile)
hasibikramullah@nycbicycleshare.com

*Exhibit F.*

---

**Jonathan Ridgard** <jonathan.ridgard@gmail.com>                    Fri, Feb 15, 2013 at 4:26 PM
To: "deborah_rid@yahoo.com" <deborah_rid@yahoo.com>

*1 of 1*



# Tina request (Chat)    *Exhibit G*    PG 1 of 4

**Jonathan Ridgard** <jonathan.ridgard@gmail.com>
To: Jonathan Ridgard <Jonathan.Ridgard@gmail.com>

Wed, Oct 23, 2013 at 3:40 PM

Monday, September 2, 2013 11:16 PM

Tina Amiotis
Can u see me now
Jonathan Ridgard
Good evening
Tina Amiotis
Do u recall how to process invoices?
Jonathan Ridgard
vaguely
is there a list in the drive?
Tina Amiotis
Give me a moment ill give u a sample to look up the billing engine is still down and we have to charge te annual
members on thr 3rd
Startin midnight
Look up 247079 there should be a transaction for 19.90 to process
Jonathan Ridgard
I am aware on how to process an invoice
anything over $50 is still being processed correct?
let me change the last statement
Tina Amiotis
Yes we r processin everything 50$ and mire
More
Jonathan Ridgard
not still being processed, but we are processing them now.
Tina Amiotis
Even if u see $400 we charge
Jonathan Ridgard
Do you have a list for me
... I understand $1000, 10,000
if its there we charge. do you have a list
Tina Amiotis
Yes kate will be sending me the list at midnight who on the overnigjt besides u can i share this list to get
processed
I would like u and a few others on this
U an use these as example to show the rest how to process invoices until the list is ready
2229712484282470792477768733424880324743324709724543659406247443248455247111237349 24883924
5455247454248468247122247813148628248855247469247134247824248074246774247482248487 247146
Oops
Ill email u the samples
Jonathan Ridgard
I don't know who would be able to process the list and Id feel more comfortable if you delegate
Tina Amiotis
Check ur email
Thats fine hus giv the names of whos on duty
*just
Jonathan Ridgard
April, Darlene, Emily, Jordache, KeAndrea, Laura
Tina Amiotis

Do u think this will be too complicated for the team or its straight forward to understand
Jonathan Ridgard
I will get a team together to process them
Tina Amiotis
Im writin up the email now
Check ur share with me drive and look for file name billing 9/2 you can share this with the team so they have an idea of how to use the sheet
I sent the email to everyone
Jonathan Ridgard
This assignment is for all persons included in the email
Tina Amiotis
U tell me can everyone do it or only a few
I can always have those who cannot process invoices handle emails and fulfillment
Jonathan Ridgard
Keandrea, April, Laura and myself will be on this assignment.
have you ever had Jordache process invoices?
Tina Amiotis
No problem
I dont think so but if you think it would be too complicated for him i will leave him out
Jonathan Ridgard
Are there any changes to the process that we should be aware of? if not it will not be too complicated
Tina Amiotis
Its very straight fwd now since we wont be deleting any transactions and no limits on the amount to charge
Jonathan Ridgard
Ok.
Please include April, Keandrea, Jordache and Laura in the shared file
Tina Amiotis
So not emily and darlene?
Jonathan Ridgard
My apologies, I did not mean to omit them
Tina Amiotis
Sheet has been shared
Send me an update before you leave in the morning where everyone left off so i can reassign to the morning group
Thank u for your help on this
Have a good night
Jonathan Ridgard
Will do
you too
Tina Amiotis
If anyone makes a mistake let them bring to ur attn they should not try and add refunds to fix a charge ill send an email now about that

—
Jonathan Ridgard
E-mail: Jonathan.Ridgard@Gmail.com
Cell: (347) 262-9499

*Exhibit G*　　　　　　　　*PG 2 of 4.*



## Fwd: Invoices     *Exhibit G*     P. 3 of 4

**Jonathan Ridgard** <jonathanridgard@nycbicycleshare.com>          Tue, Oct 22, 2013 at 9:27 AM
Bcc: Jonathan.Ridgard@gmail.com

———— Forwarded message ————
From: **Tina Arniotis** <tinaarniotis@nycbicycleshare.com>
Date: Tue, Sep 3, 2013 at 12:23 AM
Subject: Re: Invoices
To: "JonathanRidgard@nycbicycleshare.com" <JonathanRidgard@nycbicycleshare.com>, Jordache Pearsall <JordachePearsall@nycbicycleshare.com>, Darlene Augustin <darleneaugustin@nycbicycleshare.com>, "AprilCallahan@nycbicycleshare.com" <AprilCallahan@nycbicycleshare.com>, Emilia Crotty <emiliacrotty@nycbicycleshare.com>, Keandrea Razor <keandrearazor@nycbicycleshare.com>, Laura Wells <laurawells@nycbicycleshare.com>

Now everyone has the shared doc.
Its a straight forward process to charge whats sitting in transactions.

If you make a mistake, please bring it to Jonathan attention DO NOT try and fix a charge by adding a discount just move on to the next once you have brought to his attention.

Thank you everyone and have a good night.

(Written in transit excuse typos)

**Tina Arniotis**
**Senior Call Center Manager**
**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
347-869-2601 (cell)

On Sep 2, 2013, at 11:40 PM, Tina Arniotis <tinaarniotis@nycbicycleshare.com> wrote:

Good night everyone,

As you all know, annual members are billed on the 3rd of every month for OT fees and as of right now SBE billing engine is not working to do this automatically and we at the call center must manually process invoices that are sitting in the "Transaction" section of an account. This is the reason why we get so many emails and phones calls about disputes and mystery charges.

At midnight I will be sharing a google doc with all the annual members we need to bill that will be processed all day until completion.

Jonathan will share some samples on how to process a transaction and what to mark on the

spreadsheet.

Each agent will be assigned 100 rows of invoices once you complete your assigned rows move on to the next 100 until your shift has ended.

Yes you will be processing between calls. Some invoices maybe over $50-$300 this is an actual charge we must collect.

A follow up to this email will be sent shortly.


(Written in transit excuse typos)

**Tina Arniotis**
**Senior Call Center Manager**
**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
347-869-2601 (cell)


‒
## Jonathan Ridgard
**Customer Service Representative**
**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
855-245-3311 (hotline)
347-916-0211 (office)
www.citibikenyc.com


*Exhibit G*　　　　　*PG 4 of 4.*



**Sunday 8/11/2013**          *Exhibit H*          *PG 1 of 1*

**Jonathan Ridgard** <jonathanridgard@nycbicycleshare.com>          Tue, Aug 13, 2013 at 12:57 AM
To: Khareen Georges <khareengeorges@nycbicycleshare.com>
Bcc: Jonathan.Ridgard@gmail.com

Hi,

Yesterday 8/11/2013 I called out. I saw that it support and now says Call Out. I would like to know if any sick days were used for that day. Was that supposed to be mandatory overtime where as I am supposed to work 6 days this week?
the purpose of "support" was never explained and I do not want to be reprimanded due to miscommunication or confusion.

--

## Jonathan Ridgard
**Customer Service Representative**
**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
855-245-3311 (hotline)
347-916-0211 (office)
www.citibikenyc.com



## Self-Service

**Jonathan Ridgard** <jonathan.ridgard@gmail.com>                    Tue, Jul 23, 2013 at 9:00 AM
To: VanessaPean@nycbicycleshare.com

Good morning,

Please respond to this e-mail with the self-service link and other correspondences. I did not get the previous email

Thanks
–
Jonathan Ridgard
E-mail: Jonathan.Ridgard@Gmail.com
Cell: (347) 262-9499

**Vanessa Pean** <vanessapean@nycbicycleshare.com>                    Tue, Jul 23, 2013 at 9:47 AM
To: Jonathan Ridgard <jonathan.ridgard@gmail.com>

Here you go.  https://selfservice2.ascentis.com/Alta/STS/signin.aspx?ReturnUrl=%2fAlta

Also in regards to being back on the schedule, once the call center is built and we transfer everyone from King to the office, Tina will send you a message.

~V

On Tue, Jul 23, 2013 at 9:00 AM, Jonathan Ridgard <jonathan.ridgard@gmail.com> wrote:
Good morning,

Please respond to this e-mail with the self-service link and other correspondences. I did not get the previous email

Thanks
–
Jonathan Ridgard
E-mail: Jonathan.Ridgard@Gmail.com
Cell: (347) 262-9499

*Exhibit I*          *PG  1 of 2*

## NYC
**BIKE SHARE**

**Vanessa Pean**
**Senior Human Resources Manager**

**NYC Bike Share, LLC** (Operator of Citi Bike)
5202 3rd Avenue
Brooklyn, NY, 11220-1707
347.916.0219 (Direct)
718.916.8753 (Mobile)
vanessapean@nycbicycleshare.com
www.citibikenyc.com

---

**Jonathan Ridgard** <jonathan.ridgard@gmail.com>          Wed, Jul 24, 2013 at 8:06 PM
To: Vanessa Pean <vanessapean@nycbicycleshare.com>

Good Afternoon Vanessa,

I just wanted to follow up regarding the conversation that you, Tina and I had on Friday 7/19 regarding my demotion and the below correspondence.

What is the status of my paper work and when can I expect for it to be processed. I am very anxious to return to work and fulfill my roles and responsibilities to the best of my abilities.
I am interested in how my demotion is directly impacted by the call center being built as well as staff at Kingtel returning to NYC Bikeshare HQs

Thank you,

Jonathan R.      *Exhibit I 1*       *PG 2 of 2*

On Tue, Jul 23, 2013 at 9:47 AM, Vanessa Pean <vanessapean@nycbicycleshare.com> wrote:
Here you go.  https://selfservice2.ascentis.com/Alta/STS/signin.aspx?ReturnUrl=%2fAlta

Also in regards to being back on the schedule, once the call center is built and we transfer everyone from King to the office, Tina will send you a message.

~V

On Tue, Jul 23, 2013 at 9:00 AM, Jonathan Ridgard <jonathan.ridgard@gmail.com> wrote:
Good morning,

Please respond to this e-mail with the self-service link and other correspondences. I did not get the previous email

Thanks
—
Jonathan Ridgard
E-mail: Jonathan.Ridgard@Gmail.com
Cell: (347) 262-9499

*Exhibit I    PG 2 of 2*

**Vanessa Pean**
Senior Human Resources Manager

EEOC Form 161-A (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| To: Jonathan Ridgard<br>557 Miller Avenue<br>Apt. 1<br>Brooklyn, NY 11207 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2014-00716 | Patrick Sanford, Federal Investigator | (212) 336-3677 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Kevin J. Berryan*                                MAY 14 2014

Enclosures(s)                    Kevin J. Berry,                          *(Date Mailed)*
                                  District Director

cc:    **Respondent:**
       NYC Bicycle Share, LLC
       Attn: Vanessa Penn – Senior HR Manager
       5202 3rd Avenue
       Brooklyn, NY 11220

*Exhibit J.*

**FILE COPY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## REFERRAL FORM FOR PRO SE EMPLOYMENT DISCRIMINATION MEDIATION

### ***FOR THE PARTIES TO COMPLETE***

**Case name:**

**Docket number:**

**Date this case was filed:**

**Date this case was assessed for eligibility for the mediation program:**

**This case was referred to mediation by Judge:**

**This mediation will be conducted by Judge _____ / an independent mediator (circle one).**

| **Pro Se Plaintiff's name:** | **Defendant's name:** |
|---|---|
| _____ | _____ |
| **Address:** | **Represented by:** |
| _____ | _____ |
| _____ | **Address:** |
| _____ | _____ |
| | _____ |
| | _____ |
| **Telephone number:** | **Telephone number:** |
| _____ | _____ |

**Mediation aims to resolve the dispute in a cooperative and informal manner.**

**The undersigned agree to participate in mediation**

_____          _____

**Signature of plaintiff**                        **Signature of defendant's attorney**
**Date:**                                                **Date:**